The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-175RAJ |
| Plaintiff, | STIPULATED ORDER FOR RESTITUTION |
| v. | |
| DEBORAH LYNN PEOPLES, | |
| Defendant. | |

The Court, having found that in conjunction with the Defendant's acceptance into the District's Drug Reentry Alternative Model ("DREAM") program, Defendant DEBORAH LYNN PEOPLES signed a plea agreement, dated April 20, 2021, in which she agreed to pay restitution in the amount to be determined; that the correct amount of total restitution, based on the parties' review of evidence, is $6,000 to Wells Fargo Bank, N.A.; that said restitution is due and payable immediately; and that Defendant agreed to commence payment of restitution pursuant to a schedule established by the U.S. Probation and Pretrial Services Office,

IT IS HEREBY ORDERED that Defendant shall make restitution payments to the aforementioned victim as directed by the U.S. Probation Office during Defendant's participation in the DREAM program with any remaining balance due and payable at such time as Defendant successfully completes the DREAM program or is terminated

STIPULATED ORDER for RESTITUTION
*United States v. Peoples*/CR21-175RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

from such program. Any unpaid amount is to be paid during Defendant's participation in the DREAM program, to the extent of being financially able, in monthly installments as determined and directed by the U.S. Probation and Pretrial Services Office. Interest on the restitution shall be waived. All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to the victim as follows:

> Wells Fargo Bank, N.A. – Financial Crimes Investigations
> PO Box 912038
> Denver, CO  80291-2038
> Re: Case No. FCI-2019010900571

IT IS ALSO ORDERED that Defendant begin making restitution payments immediately as outlined above.

DATED this 22nd day of April 2022.

*(signed)* Richard A. Jones

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

/s/ *James D. Oesterle*
JAMES D. OESTERLE
Assistant United States Attorney

Agreed as to form:

/s/ *Corey Endo*
COREY ENDO
Counsel for Defendant

STIPULATED ORDER for RESTITUTION
*United States v. Peoples*/CR21-175RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970